THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lynard L.
 Crocker, Appellant.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2009-UP-075
 Submitted February 2, 2009- Filed February
10, 2009  

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia; and Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER
 CURIAM: Lynard Crocker appeals his guilty plea to possession with intent to distribute crack cocaine and his sentence of three years' imprisonment.  He
 maintains his guilty plea failed to conform to the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.